UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/2021

Trustees Of The New York City District Council Of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, *et al.*,

Plaintiffs,

–v–

M.C.F. Associates, Inc., *et al.*,

Defendants.

20-cv-1033 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the extension of time to complete discovery, the post-discovery conference in this matter is hereby adjourned to July 30, 2021 at 3:00 p.m.

SO ORDERED.

Dated: May 7, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1