UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/21

Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, et al.,

    Plaintiffs,

—v—

M.C.F. Associates, Inc., et al.,

    Defendants.

20-cv-1033 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the extension of the discovery schedule, Dkt. No. 59, the Court hereby ADJOURNS the post-discovery conference scheduled for July 30, 2021 to October 29, 2021 at 3:00 p.m.

SO ORDERED.

Dated: July 14, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge