

# VIRGINIA & AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Nicole Marimon**
Partner
nmarimon@vandallp.com

September 10, 2021

**VIA ELECTRONIC CASE FILING**

Honorable Debra C. Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Trs. of the New York City District Council of Carpenters Pension Fund, et al., v. M.C.F. Associates, Inc., et al., 20 CV 1033 (AJN)(DCF)**

Dear Judge Freeman:

This firm represents the Plaintiffs in the above-referenced matter. We write on behalf of the parties pursuant to the Court's August 26, 2021 Order to advise as to the status of settlement.

To date, the parties have exchanged several drafts of the settlement agreement. However, we are still working on finalizing the terms of the written agreement. Accordingly, we respectfully request that the Court refrain from setting a new date for the case management conference in order to allow the parties additional time to finalize the agreement. In addition, we respectfully request that the Court set this matter for another status report in two weeks.

We thank the Court for its attention to this a matter.

Respectfully submitted,
/s/
Nicole Marimon

cc: Urban Mulvehill, Esq. (via ECF)

> The parties are directed to provide a further status report regarding settlement by 9/30/3021. The motions pending at Dkts. 48, 54, and 61 are denied without prejudice to renew if the parties' settlement efforts are unsuccessful.
>
> SO ORDERED
>
> [signature]
> DEBRA FREEMAN
> United States Magistrate Judge
>
> Dated: 9/23/2021